```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
A05-0066--CR (RRB) "USA V VICTOR MANUEL ASTORGA ET AL"
Motion 28-1
```

```
Presiding Judge: Ralph R. Beistline
Magistrate: John D. Roberts
```

```
CASE A05-0066--CR (RRB)  "USA V VICTOR MANUEL ASTORGA ET AL"
  BY DEF BOJORQUEZ, ALEJANDRO COMINGUEZ
MOT to suppress
```

| | DOCUMENT | | FILED | DUE | | |
|---|---|---|---|---|---|---|
| Motion | 28 - | 1 | 08/22/05 | | Pull date | |
| Opposition | 39 - | 1 | 08/26/05 | 08/26/05 | U/A date | 11/09/05 |
| Reply | 83 - | 1 | 09/12/05 | | Presiding Judge | [ ] RRB |
| R&R | 148 - | 1 | 11/18/05 | HEARING | Magistrate Judge | [X] JDR |
| Request O/A | | | | 11/09/05 | Other Judge | [ ] |
| Req O/A by | | | | | | |
| Order/Action | 139 - | 1 | 11/10/05 | | Pre-trial | [X] |
| Status | PENDING: taken under advisement by (139-1) | | | | | |

## RELATED DEFENDANTS AND TRIAL DATES

| Defendant | Trial | Name |
|---|---|---|
| DEF  2 | | BOJORQUEZ, ALEJANDRO DOMINGUEZ |

## RELATED MULTI-PART TRACKING ITEMS

| Document | Filed | Description |
|---|---|---|
| 28 -  2 | 08/22/05 | DEF 2 motion for an evidentiary hearing w/att memo & exh.<br>STATUS: TERMINATED: granted by (33-1) |

## RELATED DOCUMENTS NOT LISTED ON THE TRACKING CARD

| Document | Filed | Description |
|---|---|---|
| 29 -  1 | 08/22/05 | DEF 1 joinder to DEF 2 motion to suppress (28-1). |
| 35 -  1 | 08/24/05 | DEF 4 joinder to DEF 2 motion to suppress (28-1). |
| 41 -  1 | 08/30/05 | [Re: DEF 1-2; 4] JDR Court Minutes [ECR: Caroline Edmiston] Evidentiary Hearing on Motion to Suppress (DOC #28) (held 08/29/05) taken under advisement motion to suppress (28-1); Mr. Offret's oral motion to join in the hearing Denied; Ms. Tatter's oral motion allowing Mr. Herrera to assist and sit with defendant re spanish Granted; Mr. Feldis to file Defendant's exhibits A and A-1 w/court by cob 08/30/05; Defendant's summation due 09/02/05; Governments Response due 09/06/05; Defendant's reply due 09/07/05; Defendant's Astorga, Bojorquez, Cardenas detention continued; court directed clerk to order expedited transcript of hearing; w/att exh & wit list.  CC: USA, USM, USPO, ECRO, A. Dayan, FPD (tatter), J. Josephson, R. Offret, Judge Beistline. |

```
┌─────────────────────────────────────────────────────────────────┐
│     UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA       │
│     A05-0066--CR (RRB) "USA V VICTOR MANUEL ASTORGA ET AL"        │
│                         Motion 28-1                               │
├─────────────────────────────────────────────────────────────────┤
│              Presiding Judge: Ralph R. Beistline                  │
│                 Magistrate: John D. Roberts                       │
└─────────────────────────────────────────────────────────────────┘
```

| | | | |
|---|---|---|---|
| 58 - | 1 | 09/02/05 | DEF 1 written summation on 8/29/05 evident hrg re: DEF 2 motion to suppress  (28-1). |
| 59 - | 1 | 09/02/05 | DEF 4 post hearing memorandum re  DEF 2 motion to suppress (28-1). |
| 60 - | 1 | 09/02/05 | DEF 2 argument on motion to suppress (28-1). |
| 69 - | 1 | 09/06/05 | [Re: DEF 1-4] PLF 1 post-hrg argument in oppo to: DEF 2 motion to suppress  (28-1). |
| 77 - | 1 | 09/08/05 | DEF 2 reply argument re: DEF 2 motion to suppress (28-1). |
| 80 - | 1 | 09/08/05 | DEF 4 joinder in reply argument submitted for DEF 2 and reply brief. |
| 99 - | 1 | 10/14/05 | [Re: DEF 1-2; 4] JDR Court Minutes [ECR: Robin Carter] Re: evid hrg on mot to suppress (doc #28) held 10/14/05; matter taken under advisement; exp transcript ordered w/att wit and exh list.  cc: USA, A. DAYAN, R. BUTLER, J. JOSEPHSON, USM, USPO |
| 106 - | 1 | 10/19/05 | DEF 1 joinder to DEF 2 motion to suppress (28-1), DEF 2 motion on shortened time for continuance of trial currently set for 10/31/05 (100-2). |
| 119 - | 1 | 10/25/05 | [Re: DEF 1-2; 4] PLF 1 opposition to motions to suppress based upon timing of search. |
| 120 - | 2 | 10/26/05 | DEF 1 Supplement arguments on the matters heard at the 10/26/05 evidentiary hrg. |
| 123 - | 1 | 10/27/05 | DEF 4 reply to govt's opposition to motions to suppress based upon timing of search. |
| 128 - | 1 | 10/28/05 | DEF 1 joinder DEF 4 oppo re: DEF 2 motion to suppress (28-1). |

## CASE MANAGEMENT TRACKING CARD NOTES

```
#33, MJ MO re oppo due 8/26; evident hrg set for 8/29
#85, MJ MO re supp evident hrg reset for 9/26
#90, MJ MO re supp evident hrg reset for 9/28
#94, MJ CRT MIN supp evident hrg reset for 10/14
#108, MJ CRT MIN re cont evident hrg set for 10/26
#122, MJ CRT MIN re cont evident hrg set for 11/4/05
#136, MJ CRT MIN re cont evident hrg set for 11/9/05
```

## CHAMBERS TRACKING CARD NOTES

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA**
**A05-0066--CR (RRB)  "USA V VICTOR MANUEL ASTORGA ET AL"**
**Motion 28-1**

Presiding Judge: Ralph R. Beistline
Magistrate: John D. Roberts

ALL DEFTS FILED NOTICE OF CHANGE OF PLEA