```
          UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
          A05-0066--CR (RRB) "USA V VICTOR MANUEL ASTORGA ET AL"
                         R&R 148-1 for motion 28-1

                    Presiding Judge: Ralph R. Beistline
                    Magistrate: John D. Roberts
```

```
CASE A05-0066--CR (RRB) "USA V VICTOR MANUEL ASTORGA ET AL"
  BY DEF BOJORQUEZ, ALEJANDRO COMINGUEZ
  MOT to suppress
-R&R----------DOCUMENT------FILED-------DUE--------------------------R&R-------
       Motion| 28 -   1 | 08/22/05 | ........| Pull date      |11/23/05
          R&R|148 -   1 | 11/18/05 | ........| U/A date       |
    Objection|          |          | 11/23/05| Presiding Judge|[ ] RRB
        Reply|          |          | 11/29/05| Magistrate Judge|[X] JDR
    Final R&R|          |          | ........| Other Judge    |[ ]

Order/Action |139 -   1 | 11/10/05 |                 Pre-trial |[X]
       Status| PENDING: taken under advisement by (139-1)
```

**RELATED DEFENDANTS AND TRIAL DATES**

| Defendant | Trial | Name |
|---|---|---|
| DEF    2 |  | BOJORQUEZ, ALEJANDRO DOMINGUEZ |

**RELATED DOCUMENTS NOT LISTED ON THE R&R CARD**

| Document | Filed | Description |
|---|---|---|
| 29 -   1 | 08/22/05 | DEF 1 joinder to DEF 2 motion to suppress (28-1). |
| 35 -   1 | 08/24/05 | DEF 4 joinder to DEF 2 motion to suppress (28-1). |
| 39 -   1 | 08/26/05 | [Re: DEF 2] PLF 1 opposition to DEF 2 motion to suppress (28-1). |
| 41 -   1 | 08/30/05 | [Re: DEF 1-2; 4] JDR Court Minutes [ECR: Caroline Edmiston] Evidentiary Hearing on Motion to Suppress (DOC #28) (held 08/29/05) taken under advisement motion to suppress (28-1); Mr. Offret's oral motion to join in the hearing Denied; Ms. Tatter's oral motion allowing Mr. Herrera to assist and sit with defendant re spanish Granted; Mr. Feldis to file Defendant's exhibits A and A-1 w/court by cob 08/30/05; Defendant's summation due 09/02/05; Governments Response due 09/06/05; Defendant's reply due 09/07/05; Defendant's Astorga, Bojorquez, Cardenas detention continued; court directed clerk to order expedited transcript of hearing; w/att exh & wit list.  CC: USA, USM, USPO, ECRO, A. Dayan, FPD (tatter), J. Josephson, R. Offret, Judge Beistline. |
| 58 -   1 | 09/02/05 | DEF 1 written summation on 8/29/05 evident hrg re: DEF 2 motion to suppress  (28-1). |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
     A05-0066--CR (RRB) "USA V VICTOR MANUEL ASTORGA ET AL"
                    R&R 148-1 for motion 28-1

              Presiding Judge: Ralph R. Beistline
              Magistrate: John D. Roberts
```

| | | | |
|---|---|---|---|
| 59 - | 1 | 09/02/05 | DEF 4 post hearing memorandum re DEF 2 motion to suppress (28-1). |
| 60 - | 1 | 09/02/05 | DEF 2 argument on motion to suppress (28-1). |
| 69 - | 1 | 09/06/05 | [Re: DEF 1-4] PLF 1 post-hrg argument in oppo to: DEF 2 motion to suppress (28-1). |
| 77 - | 1 | 09/08/05 | DEF 2 reply argument re: DEF 2 motion to suppress (28-1). |
| 80 - | 1 | 09/08/05 | DEF 4 joinder in reply argument submitted for DEF 2 and reply brief. |
| 83 - | 1 | 09/12/05 | [Re: DEF 2] PLF 1 reply to opposition to DEF 2 motion to suppress (28-1). |
| 99 - | 1 | 10/14/05 | [Re: DEF 1-2; 4] JDR Court Minutes [ECR: Robin Carter] Re: evid hrg on mot to suppress (doc #28) held 10/14/05; matter taken under advisement; exp transcript ordered w/att wit and exh list. cc: USA, A. DAYAN, R. BUTLER, J. JOSEPHSON, USM, USPO |
| 106 - | 1 | 10/19/05 | DEF 1 joinder to DEF 2 motion to suppress (28-1), DEF 2 motion on shortened time for continuance of trial currently set for 10/31/05 (100-2). |
| 119 - | 1 | 10/25/05 | [Re: DEF 1-2; 4] PLF 1 opposition to motions to suppress based upon timing of search. |
| 120 - | 2 | 10/26/05 | DEF 1 Supplement arguments on the matters heard at the 10/26/05 evidentiary hrg. |
| 123 - | 1 | 10/27/05 | DEF 4 reply to govt's opposition to motions to suppress based upon timing of search. |
| 128 - | 1 | 10/28/05 | DEF 1 joinder DEF 4 oppo re: DEF 2 motion to suppress (28-1). |
| 139 - | 1 | 11/10/05 | [Re: DEF 2-4] JDR Court Minutes [ECR: Elisa Singleton/Linda Christensen] re Cont Evidentiary Hrg on Pending Mots to Suppress (held 11/9/05); matters submitted; court to issue written R&R; expedited transcript ordered of 11/9/05 hrg and 11/2/05 hrg on mot for reconsideration; wit & exh lists att. cc: USA, R. Butler, R. Offret, J. Josephson, Judge Beistline |

**CASE MANAGEMENT R&R CARD NOTES**

#148, objs due by noon 1/23/05, reply due by noon 1/29/05.

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA**
**A05-0066--CR (RRB) "USA V VICTOR MANUEL ASTORGA ET AL"**
**R&R 148-1 for motion 28-1**

Presiding Judge: Ralph R. Beistline
Magistrate: John D. Roberts

**CHAMBERS R&R CARD NOTES**

RR ISSUED - ALL DEFTS FILED NOTICE OF CHANGE OF PLEA