```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0066--CR (RRB)
               "USA V VICTOR MANUEL ASTORGA ET AL"
                    DEF 1.1 ASTORGA, VICTOR MANUEL

      Including terminated defendants, excluding terminated counsel
```

```
    Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed:  07/28/05
            Closed:  NO
No. of Defendants:   4
   MJ Case Number:   A05-0116--MJ
               AKA:
   Location status:  U.S. Custody
        Trial date:
        Terminated:  NO
 Needs interpreter:  NO
 Counsel of record:  Allen N. Dayan
                     Allen N. Dayan & Associates
                     745 W. 4th Avenue, Suite 230
                     Anchorage, AK 99501
                     907-277-2330
                     FAX 907-277-7780
                     Serve: YES
                      Type: Retained
                      Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record:   Karen L. Loeffler
                     U.S. Attorney's Office
                     222 W. 7th Avenue, #9
                     Anchorage, AK 99513-7567
                     907-271-5071
                     Serve: YES
                      Type: Not specified
                      Role: Pretrial/Trial


Counts re: DEF 1.1 ASTORGA, VICTOR MANUEL
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 1 | 21:846, 841(a)(1) & (b)(1)(A) DRUG CONSPIRACY (F) | Pending |
| 1 - 1 IND | 2 | 21:853 (a) CRIMINAL FORFEITURES (F) | Pending |

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0066--CR (RRB)
                          "USA V VICTOR MANUEL ASTORGA ET AL"
                         DEF 2.1 BOJORQUEZ, ALEJANDRO DOMINGUEZ

                  Including terminated defendants, excluding terminated counsel


   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
            Filed:  07/28/05
           Closed:  NO
No. of Defendants:  4
   MJ Case Number:  A05-0116--MJ
              AKA:
  Location status:  U.S. Custody
       Trial date:
       Terminated:  NO
Needs interpreter:  YES
Counsel of record:  Rex Lamont Butler
                   745 W. 4th Avenue, Suite 300
                   Anchorage, AK 99501
                   907-272-1497
                   FAX 907-276-3306
                   Serve: YES
                    Type: Retained
                    Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record:  Karen L. Loeffler
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513-7567
                   907-271-5071
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial


Counts re: DEF 2.1 BOJORQUEZ, ALEJANDRO DOMINGUEZ

Document           Count    Citation and Description                              Disposition
─────────          ─────    ────────────────────────                              ───────────
    1 -   1 IND      1      21:846, 841(a)(1) & (b)(1)(A) DRUG CONSPIRACY (F)     Pending

    1 -   1 IND      2      21:853 (a) CRIMINAL FORFEITURES (F)                   Pending
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0066--CR (RRB)
                            "USA V VICTOR MANUEL ASTORGA ET AL"
                            DEF 3.1 CARDENAS-AGUAYO, JUAN JOSE

                    Including terminated defendants, excluding terminated counsel


      Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
     Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
               Filed:  07/28/05
              Closed:  NO
  No. of Defendants:  4
      MJ Case Number:  A05-0116--MJ
                 AKA:
     Location status:  U.S. Custody
          Trial date:
          Terminated:  NO
   Needs interpreter:  YES
    Counsel of record: Ronald A. Offret
                       Aglietti & Offret
                       733 W. 4th Avenue, Suite 206
                       Anchorage, AK 99501
                       907-279-8657
                       FAX 907-279-5534
                       Serve: YES
                        Type: Retained
                        Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

   Counsel of record: Karen L. Loeffler
                      U.S. Attorney's Office
                      222 W. 7th Avenue, #9
                      Anchorage, AK 99513-7567
                      907-271-5071
                      Serve: YES
                       Type: Not specified
                       Role: Pretrial/Trial


Counts re: DEF 3.1 CARDENAS-AGUAYO, JUAN JOSE
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 1 | 21:846, 841(a)(1) & (b)(1)(A) DRUG CONSPIRACY (F) | Pending |
| 1 - 1 IND | 2 | 21:853 (a) CRIMINAL FORFEITURES (F) | Pending |

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
             CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0066--CR (RRB)
                         "USA V VICTOR MANUEL ASTORGA ET AL"
                          DEF 4.1 SALAZAR-CARDENAS, OMAR

              Including terminated defendants, excluding terminated counsel


   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
            Filed:  07/28/05
           Closed:  NO
No. of Defendants:  4
   MJ Case Number:  A05-0116--MJ
              AKA:
  Location status:  U.S. Custody
       Trial date:
       Terminated:  NO
Needs interpreter:  YES
Counsel of record:  Joseph P. Josephson
                    Josephson & Associates PC
                    912 W. 6th Avenue
                    Anchorage, AK 99501
                    907-276-0151
                    FAX 907-276-0155
                    Serve: YES
                     Type: Retained
                     Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record:  Karen L. Loeffler
                    U.S. Attorney's Office
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513-7567
                    907-271-5071
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial



Counts re: DEF 4.1 SALAZAR-CARDENAS, OMAR

Document           Count     Citation and Description                           Disposition

    1 -    1 IND     1       21:846, 841(a)(1) & (b)(1)(A) DRUG CONSPIRACY (F)  Pending

    1 -    1 IND     2       21:853 (a) CRIMINAL FORFEITURES (F)                Pending
```

```
┌─────────────────────────────────────────────────────────────────────────────┐
│            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA          │
│              CRIMINAL DOCKET ENTRIES FOR CASE A05-0066--CR (RRB)            │
│                       "USA V VICTOR MANUEL ASTORGA ET AL"                   │
├─────────────────────────────────────────────────────────────────────────────┤
│                             For all filing dates                            │
└─────────────────────────────────────────────────────────────────────────────┘
```

```
  Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
 Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
            Filed: 07/28/05
           Closed: NO
No. of Defendants: 4


Document #   Filed     Docket text
──────────   ────────  ───────────────────────────────────────────────────────

     1 -  1  07/28/05  [Re: DEF 1-4] PLF 1 Indictment.

     2 -  1  07/29/05  [Re: DEF 1-4] RRB Grand Jury Minutes.  No bail set (Detention per
                       18:3142)  Set for arraignment and notify USM.  In Federal custody.

  NOTE -  1  08/01/05  Notation: Proposed trial date setting for arraignment and notice of
                       speedy trial act deadlines forwarded to chambers.

     3 -  1  08/01/05  Documents 2-35 transferred from: A05-0116 MJ (JDR) TO A05-0066 CR (RRB).

     3 -  2  08/01/05  {SEALED}

     3 -  3  08/01/05  Clerk's Notice terminating in light of this order: motion for
                       interpreter services on behalf of David Weber (3-2).

     4 -  1  08/01/05  [Re: DEF 1-4] JDR Minute Order arraignment is set for 8/3/05 at 9:30
                       a.m. before Magistrate Judge Hall in courtroom #6.   cc: AUSA, FPD, R.
                       Offret, A. Dayan, J. Josephson

     5 -  1  08/03/05  [Re: DEF 1-4] TWH Court Minutes [ECR: April Karper] re Arr on Indt (held
                       8/3/05); plead not guilty to cts 1-2 of the indt (D1-4); det cont
                       (D1-4);  ptm's due 8/15/05 (D1-4); TBJ set for 9/12/05 before Judge
                       Beistline (D1-4);  meet and confer date set for 8/5/05 with the
                       understanding that no later than 8/10/05 all of the discovery should be
                       provided (D1-4); cc: USA, A. Dayan, FPD, R. Offret, J. Josephson, USM,
                       USPO, MJ Roberts, Judge Beistline.

     6 -  1  08/04/05  [Re: DEF 1] TWH Order regarding preparation for trial re cnsl to meet &
                       confer by 8/5/05; PTM's due 8/15/05. cc: USA, A. Dayan

     7 -  1  08/04/05  [Re: DEF 2] TWH Order regarding preparation for trial re cnsl to meet &
                       confer by 8/5/05; PTM's due 8/15/05. cc: USA, FPD

     8 -  1  08/04/05  [Re: DEF 3] TEF Order regarding preparation for trial re cnsl to meet &
                       confer by 8/5/05; PTM's due 8/15/05. cc: USA, R. Offret

     9 -  1  08/04/05  [Re: DEF 4] TWH Order regarding preparation for trial re cnsl to meet &
                       confer by 8/5/05; PTM's due 8/15/05. cc: USA, J, Josephson

    10 -  1  08/05/05  [Re: DEF 1-4] RRB Minute Order setting TBJ on 9/12/05 @ 8:30 a.m. & FPTC
                       on 9/8/05 @ 8:30 a.m.. cc: USA, A. Dayan, FPD, R. Offret, J. Josephson,
                       USM, USPO, MJ Roberts, JC

    11 -  1  08/05/05  DEF 2 Unopposed motion to extend PTM deadline by five days.

    12 -  1  08/08/05  [Re: DEF 3] JDR Order granting unopposed motion to extend PTM deadline
                       by five days (11-1); PTM's due 8/15/05. cc: USA, FPD

    13 -  1  08/09/05  DEF 2 motion for clarification and/or reconsideration of order at docket
                       12.
```

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CRIMINAL DOCKET ENTRIES FOR CASE A05-0066--CR (RRB)
                              "USA V VICTOR MANUEL ASTORGA ET AL"

                                      For all filing dates

Document #   Filed      Docket text

  14 -  1   08/11/05   [Re: DEF 2] JDR Minute Order granting motion for clarification and/or
                       reconsideration of order at docket 12 (13-1); PTM ddln is ext to
                       8/22/05. cc: USA, FPD

  15 -  1   08/12/05   DEF 1 motion on shortened time to ext time to 8/22 to file PTM's w/att
                       aff.

  16 -  1   08/12/05   [Re: DEF 1-4] RRB Order appointing interpreter, Yolanda Salazar-Hobrough
                       to serves as Spanish/English interpreter. cc: USA, A. Dayan, FPD, R.
                       Offret, J. Josephson, Finance, Y. Salazar-Hobrough w/instruction pkg

  17 -  1   08/12/05   [Re: DEF 1-4] RRB Order appointing interpreter, Ron Zellon to serve as
                       Spanish/English interpreter. cc: USA, A. Dayan, FPD, R. Ofrett, J.
                       Josephson, Finance, R. Zellon w/instruction pkg

  18 -  1   08/15/05   [Re: DEF 1] JDR Order granting motion on shortened time to ext time to
                       8/22 to file PTM's (15-1).  cc: AUSA, A. Dayan S. Tatter, R. Offret, J.
                       Josephson

  19 -  1   08/15/05   DEF 4 motion for discovery.

  19 -  2   08/15/05   DEF 4 motion for bill of particulars.

  19 -  3   08/15/05   DEF 4 motion for severance.

  20 -  1   08/15/05   DEF 3 motion for specific Kyles and Brady information.

  21 -  1   08/15/05   DEF 3 motion for bill of particulars and incorporated memorandum of law.

  22 -  1   08/15/05   DEF 3 motion to sever and incorporated memorandum of law.

  23 -  1   08/18/05   DEF 3 Certificate of service re: DEF 3 motion for specific Kyles and
                       Brady information. (20-1), DEF 3 motion for bill of particulars and
                       incorporated memorandum of law. (21-1), DEF 3 motion to sever and
                       incorporated memorandum of law. (22-1).

  24 -  1   08/22/05   [Re: DEF 3] PLF 1 opposition to DEF 3 motion for specific Kyles and
                       Brady information (20-1).

  25 -  1   08/22/05   [Re: DEF 3] PLF 1 opposition to DEF 3 motion for bill of particulars and
                       incorporated memorandum of law (21-1).

  26 -  1   08/22/05   [Re: DEF 3] PLF 1 opposition to DEF 3 motion to sever and incorporated
                       memorandum of law (22-1).

  27 -  1   08/22/05   DEF 2 motion to sever his trial from the trial of his co-defendants
                       w/att memo.

  28 -  1   08/22/05   DEF 2 motion to suppress w/att memo & exh.

  28 -  2   08/22/05   DEF 2 motion for an evidentiary hearing w/att memo & exh.

  29 -  1   08/22/05   DEF 1 joinder to DEF 2 motion to suppress (28-1).

  30 -  1   08/22/05   DEF 1 joinder to DEF 4 motion for discovery. (19-1), DEF 4 motion for
                       bill of particulars (19-2).
```

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET ENTRIES FOR CASE A05-0066--CR (RRB)
                         "USA V VICTOR MANUEL ASTORGA ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 31 - 1 | 08/22/05 | DEF 1 motion for severance w/att memo. |
| 32 - 1 | 08/22/05 | DEF 1 motion for protective order w/att memo. |
| 33 - 1 | 08/23/05 | [Re: DEF 1-2] JDR Minute Order granting motion for an evidentiary hearing (28-2); govt's oppo to mot to suppress due 8/26/05; evident hrg on mot to suppress (28-1) set for 8/29/05 at 1:30 p.m. cc: USA, A. Daya, FPD, USM, USPO |
| 34 - 1 | 08/23/05 | [Re: DEF 1-4] PLF 1 Discovery Conference Certificate. |
| 35 - 1 | 08/24/05 | DEF 4 joinder to DEF 2 motion to suppress (28-1). |
| 36 - 1 | 08/25/05 | [Re: DEF 4] PLF 1 opposition to DEF 4 motion for bill of particulars (19-2). |
| 37 - 1 | 08/25/05 | [Re: DEF 4] PLF 1 opposition to DEF 4 motion for severance (19-3). |
| 38 - 1 | 08/25/05 | PLF 1 opposition to DEF 4 motion for discovery (19-1) w/att exhs. |
| 39 - 1 | 08/26/05 | [Re: DEF 2] PLF 1 opposition to DEF 2 motion to suppress (28-1). |
| 40 - 1 | 08/29/05 | [Re: DEF 2] PLF 1 non-opposition to DEF 2 motion to sever his trial from the trial of his co-defendants (27-1). |
| 41 - 1 | 08/30/05 | [Re: DEF 1-2; 4] JDR Court Minutes [ECR: Caroline Edmiston] Evidentiary Hearing on Motion to Suppress (DOC #28) (held 08/29/05) taken under advisement motion to suppress (28-1); Mr. Offret's oral motion to join in the hearing Denied; Ms. Tatter's oral motion allowing Mr. Herrera to assist and sit with defendant re spanish Granted; Mr. Feldis to file Defendant's exhibits A and A-1 w/court by cob 08/30/05; Defendant's summation due 09/02/05; Governments Response due 09/06/05; Defendant's reply due 09/07/05; Defendant's Astorga, Bojorquez, Cardenas detention continued; court directed clerk to order expedited transcript of hearing; w/att exh & wit list. CC: USA, USM, USPO, ECRO, A. Dayan, FPD (tatter), J. Josephson, R. Offret, Judge Beistline. |
| 42 - 1 | 08/30/05 | [Re: DEF 1-2; 4] PLF 1 motion on shortened time to file audio cassette tape as exh A1 to its notice. |
| 43 - 1 | 08/31/05 | DEF 1 motion on shortened time to continue trial for 10 days after motions are decided. |
| 44 - 1 | 08/31/05 | [Re: DEF 1-2; 4] JDR Order granting motion on shortened time to file audio cassette tape as exh A1 to its notice (42-1). cc: USA, A. Daya, S. Tatter, J. Josephson |
| 45 - 1 | 08/31/05 | [Re: DEF 1-4] RRB Minute Order re crt will address the mot to cont trial (43-1) at the FPTC set for 9/8/05 at 8:30 a.m. cc: USA, A. Dayan, FPD, R. Offrett, J. Josephson, MJ Roberts |
| 46 - 1 | 08/31/05 | DEF 3 reply to opposition to DEF 3 motion for bill of particulars and incorporated memorandum of law (21-1). |
| 47 - 1 | 08/31/05 | DEF 3 reply to opposition to DEF 3 motion to sever and incorporated memorandum of law (22-1). |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A05-0066--CR (RRB)
                          "USA V VICTOR MANUEL ASTORGA ET AL"

                                  For all filing dates


Document #    Filed      Docket text

   48 -   1  08/31/05    DEF 3 reply to opposition to DEF 3 motion for specific Kyles and Brady
                         information (20-1).

   49 -   1  08/31/05    [Re: DEF 1] PLF 1 opposition to DEF 1 motion for severance (31-1).

   50 -   1  08/31/05    [Re: DEF 1] PLF 1 non-opposition to DEF 1 motion for protective order
                         (32-1) .

   51 -   1  08/31/05    DEF 2 Unopposed motion to continue trial w/att aff.

   52 -   1  09/01/05    [Re: DEF 1-4] PLF 1 Notice of filing transcript & audio cassette tape
                         (of state search warrant) w/att exhs.

   53 -   1  09/01/05    DEF 4 motion to ext time for filing reply brf to oppo to mot for
                         discovery and bill of particulars.

   54 -   1  09/02/05    [Re: DEF 3] JDR Order granting/denying motion for specific Kyles and
                         Brady information (20-1). cc: USA, R. Offret

   55 -   1  09/02/05    [Re: DEF 1] JDR Minute Order granting motion for protective order
                         (32-1). cc: USA, A. Dayan

   56 -   1  09/02/05    Initial R&R re: DEF 4 motion for severance (19-3); Recommended be
                         denied; Objections due 4:00 p.m. 09/06/06. Reply due NOON 09/07/05. cc:
                         USA, J. Josephson, Judge Beistline

   57 -   1  09/02/05    Initial R&R re: DEF 3 motion to sever and incorporated memorandum of law
                         (22-1); Recommended be denied; Objections due 4:00 p.m. 09/06/05. Reply
                         due NOON 09/07/05. cc: USA, R. Offret, Judge Beistline

   58 -   1  09/02/05    DEF 1 written summation on 8/29/05 evident hrg re: DEF 2 motion to
                         suppress  (28-1).

   59 -   1  09/02/05    DEF 4 post hearing memorandum re  DEF 2 motion to suppress (28-1).

   60 -   1  09/02/05    DEF 2 argument on motion to suppress (28-1).

   61 -   1  09/02/05    DEF 3 motion in limine to exclude use of prior convictions.

   62 -   1  09/02/05    DEF 3 Trial Brief.

   63 -   1  09/02/05    DEF 3 motion for partial attorney conducted voir dire w/att memo.

   64 -   1  09/02/05    DEF 3 Proposed Jury Instructions.

   65 -   1  09/06/05    [Re: DEF 1-4] PLF 1 motion on shortened time to continue trial for 10
                         days.

   66 -   1  09/06/05    [Re: DEF 1-4] PLF 1 Proposed Jury Instructions.

   67 -   1  09/06/05    [Re: DEF 1-4] PLF 1 Proposed Voir Dire.

   68 -   1  09/06/05    [Re: DEF 1-4] PLF 1 Trial Brief.

   69 -   1  09/06/05    [Re: DEF 1-4] PLF 1 post-hrg argument in oppo to: DEF 2 motion to
                         suppress  (28-1).


ACRS: R_RDSDX              As of 12/01/05 at 2:55 PM by GARRY                        Page 4
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CRIMINAL DOCKET ENTRIES FOR CASE A05-0066--CR (RRB)
                         "USA V VICTOR MANUEL ASTORGA ET AL"

                                  For all filing dates


 Document #    Filed     Docket text

   70 -  1    09/06/05   DEF 3 objection to R&R re: DEF 3 motion to sever (22-1).

   71 -  1    09/06/05   DEF 3 motion for return of property.

   72 -  1    09/06/05   [Re: DEF 1-4] PLF 1 Attorney Appearance of K. Loeffler (AUSA).

   73 -  1    09/06/05   [Re: DEF 1-4] PLF 1 Amended Attorney Appearance of K. Loeffler (AUSA).

   74 -  1    09/06/05   DEF 1 Proposed Voir Dire.

   75 -  1    09/06/05   DEF 1 Trial Brief.

   76 -  1    09/06/05   DEF 1 Proposed Jury Instructions.

   78 -  1    09/07/05   DEF 2 position on continuance of trial.

   77 -  1    09/08/05   DEF 2 reply argument re: DEF 2 motion to suppress (28-1).

   77 -  2    09/08/05   DEF 2 motion for a supplemental suppression hearing following disclosure
                         of the videotape.

   79 -  1    09/08/05   [Re: DEF 1-4] RRB Court Minutes [ECR: Elisa Singleton] re Hrg on Motions
                         to Cont Trial & FPTC (held 9/8/05); granting motion on shortened time to
                         continue trial for 10 days after motions are deci (43-1), motion
                         Unopposed motion to continue trial (51-1); tbj cont to 10/31/05 at 8:30
                         am for DEF 1,3,4; DEF 2 TBJ in trailing stat; FPTC for all defs cont to
                         10/25/05 at 9:00 am.  cc: USA, A. Dayan, FPD, R. Offret, J. Josephson,
                         USM, USPO, Jury Clerk, Magistrate Judge Roberts

   80 -  1    09/08/05   DEF 4 joinder in reply argument submitted for DEF 2 and reply brief.

   81 -  1    09/08/05   [Re: DEF 2] JDR Minute Order re govt's response, if any, to def
                         Bojorquez's request for a supp suppression hrg (77-2) due 9/12/05. cc:
                         USA, FPD

   82 -  1    09/09/05   [Re: DEF 1-2; 4] PLF 1 Transcript of Evidentiary Hearing on Motion to
                         Suppress (held 08/29/05).

   83 -  1    09/12/05   [Re: DEF 2] PLF 1 reply to opposition to DEF 2 motion to suppress
                         (28-1).

   83 -  2    09/12/05   [Re: DEF 2] PLF 1 opposition to DEF 2 motion for a supplemental
                         suppression hearing following disclosure of the videotape (77-2).

   84 -  1    09/13/05   [Re: DEF 1-2; 4] JDR Order granting/denying motion for a supplemental
                         suppression hearing following disclosure of the video tape (77-2);
                         seperate notice shall issue. cc: USA, A. Dayan, FPD, J. Josephson

   85 -  1    09/13/05   [Re: DEF 1-2; 4] JDR Minute Order re supp evident hrg on motion to
                         suppress (77-1) set for 9/26/05 at 10:00 a.m. cc: USA, A. Dayan, FPD, J.
                         Josephson, USM, USPO

   86 -  1    09/19/05   [Re: DEF 1] RRB Order granting in part motion in limine to exclude use
                         of prior convictions (61-1), motion for partial attorney conducted voir
                         dire (63-1).  cc: AUSA, R. Offret,
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE A05-0066--CR (RRB)
                         "USA V VICTOR MANUEL ASTORGA ET AL"

                                 For all filing dates


 Document #   Filed      Docket text

    87 -  1   09/20/05   [Re: DEF 4] RRB Order adopting the Magistrate Judge's recommendation,
                         denying motion for severance (19-3). cc: AUSA, J. Josephson, USM, USPO,
                         MJ Roberts, A. Dayan, S. Tatter, R. Offret

    88 -  1   09/20/05   DEF 2 motion to withdraw as counsel (w/att aff UNDER SEAL)

    89 -  1   09/21/05   [Re: DEF 2] RRB Order granting motion to withdraw as counsel (w/att aff
                         UNDER SEAL) (88-1).  cc: AUSA, FPD, A. DAYAN, R. OFFRET, J. JOSEPHSON,
                         USM, USPO, FPD (CJA CLERK), MJ ROBERTS

    90 -  1   09/26/05   DEF 2 motion on shortened time to continue 9/28/05 evidentiary hearing.

    91 -  1   09/27/05   [Re: DEF 2] JDR Minute Order re: mot on shortened time to cont evid hrg
                         set 9/28/05; crt inclined to cont hrg unless oppo to mot to cont is fld
                         by 4:00 p.m. on 9/27/05; FPD to file aff under seal by 4:00 p.m. on
                         9/27/05 re: stat of securing new cnsl for DEF 2. cc: USA, FPD, A. Dayan,
                         J. Josephson, USM, USPO

    92 -  1   09/27/05   [Re: DEF 1; 3-4] JDR Minute Order re evident hrg prev set for 9/28/05 at
                         9:30 a.m. is RESET as a status of cnsl / hrg on mot to cont (90-1). cc:
                         USA,  FPD, A. Dayan, J. Josephson, USM, USPO, P. Sullivan

    93 -  1   09/27/05   {SEALED}

    94 -  1   09/28/05   [Re: DEF 1-2; 4] JDR Court Minutes [ECR: Robin Carter] Re: stat of
                         cnsl/hrg on mot to cont supplemental evid hrg on mot to suppress (90-1);
                         granting motion on shortened time to continue 9/28/05 evidentiary
                         hearing (90-1); cont evid hrg set for 10/14/04 at 9:30 a.m. cc: USA,
                         FPD, A. DAYAN, P. SULLIVAN, J. JOSEPHSON, USM, USPO

    95 -  1   09/29/05   DEF 2 motion for substitution of counsel of Rex Lamont Butler for Pam
                         Sullivan.

    96 -  1   09/30/05   [Re: DEF 2] RRB Order granting motion for substitution of counsel of Rex
                         Lamont Butler for Pam Sullivan (95-1).  cc: AUSA, A. Dayan, P. Sullivan,
                         R. butler, R. Offret, J. Josephson, USM, USPO, Mj Roberts

    97 -  1   09/30/05   DEF 2 Errata re: DEF 2 motion for substitution of counsel of Rex Lamont
                         Butler for Pam Sullivan (95-1).

    98 -  1   10/03/05   [Re: DEF 2] CJA appointment of P. Sullivan.

    99 -  1   10/14/05   [Re: DEF 1-2; 4] JDR Court Minutes [ECR: Robin Carter] Re: evid hrg on
                         mot to suppress (doc #28) held 10/14/05; matter taken under advisement;
                         exp transcript ordered w/att wit and exh list.  cc: USA, A. DAYAN, R.
                         BUTLER, J. JOSEPHSON, USM, USPO

   100 -  1   10/17/05   DEF 2 motion on shortened time to accept late filing of motion to
                         suppress evidence w/att aff & mot to suppress.

   100 -  2   10/17/05   DEF 2 motion on shortened time for continuance of trial currently set
                         for 10/31/05 w/att aff.

   101 -  1   10/18/05   [Re: DEF 2] JDR Minute Order granting motion on shortened time to accept
                         late filing of motion to suppress evidence (100-1); govt's response to
                         mot to suppress due 10/21/05; status conf set for 10/20/05 for purpose
                         to set any add evident hrg on mot to suppress w/all defs to participate.

ACRS: R_RDSDX                  As of 12/01/05 at 2:55 PM by GARRY                         Page 6
```

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A05-0066--CR (RRB)
                          "USA V VICTOR MANUEL ASTORGA ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| | | cc: USA, A. Daya, R. Butler, R. Offrett, J. Josephson, USM, USPO |
| 102 - 1 | 10/18/05 | DEF 2 motion to suppress fruits of patdown search w/att memo. |
| 103 - 1 | 10/18/05 | [Re: DEF 1-4] RRB Minute Order defendant's motion for continuance of trial (dkt 100) will be addressed at the FPTC set 10/25/05 at 9:00 a.m. in Courtroom #2.  cc: AUSA, A.DAYAN, R. BUTLER, R. OFFRET, J. JOSEPHSON, SUM, USPO, MJ ROBERTS |
| 104 - 1 | 10/19/05 | DEF 4 joinder to DEF 2 motion to suppress fruits of patdown search (102-1), DEF 1 motion to suppress seizure of money & statements & (void) search warrants (110-1). |
| 104 - 2 | 10/19/05 | DEF 4 Declaration of intent to join in motions to be brought by defendant Victor manuel Astorga. |
| 105 - 1 | 10/19/05 | DEF 4 motion for second supplemental evidentiary hearing w/att exh. |
| 106 - 1 | 10/19/05 | DEF 1 joinder to DEF 2 motion to suppress (28-1), DEF 2 motion on shortened time for continuance of trial currently set for 10/31/05 (100-2). |
| 107 - 1 | 10/20/05 | [Re: DEF 1-4] PLF 1 joint motion on shortened time for telephonic status conference. |
| 108 - 1 | 10/20/05 | [Re: DEF 1-4] JDR Court Minutes [ECR: Robin Carter] Re: stat conf to schedule any additional evid hrg on mots to suppress held 10/20/05; cont evid on mot to suppress (dkt #28) set for 10/26/05 at 10:00 a.m.; crt directed that all counsel be served with notices of crt hrgs.  cc: USA, A. DAYAN, R. BUTLER, R. OFFRET, J. JOSEPHSON, USM, USPO |
| 109 - 1 | 10/20/05 | [Re: DEF 1-2; 4] Transcript of Evidentiary Hearing on Motion to Suppress (DOC #28) (held 10/14/05). |
| 110 - 1 | 10/20/05 | DEF 1 motion to suppress seizure of money & statements & to void search warrants w/att memo & exhs. |
| 111 - 1 | 10/21/05 | DEF 2 motion to accept late filing of mot to suppress statments of Mr. Bojorquez w/att mot to suppress. |
| 112 - 1 | 10/21/05 | DEF 2 motion on shortened time re 111-1. |
| 113 - 1 | 10/21/05 | DEF 3 joinder to DEF 2 motion to suppress fruits of patdown search (102-1). |
| 114 - 1 | 10/24/05 | [Re: DEF 2] JDR Minute Order granting motion on shortened time re 111-1 (112-1); directing govt to file oppo to DEF 2's mot to late file mot to suppress stmts by COB 10/26/05. cc: USA, R. Butler |
| 115 - 1 | 10/24/05 | [Re: DEF 1-4] Transcript re Status Conf to Schedule Any Additional Evid Hrgs on Motions to Suppress (held 10/20/05). |
| 116 - 1 | 10/25/05 | [Re: DEF 1-4] RRB Court Minutes [ECR: April Karper] re Hrg on Def's Mot to Cont Trial (DKT 100) / FPTC (held 10/25/05); granting motion on shortened time for continuance of trial currently set for 10/31/05 (100-2)(D1-4); TBJ set for 10/31/05 and 11/1/05 VACATED and reset to 12/5/05 (D1-4), D-2's trial to trail that of his co-defendant's; FPTC set for 11/28/05 at 9:00 a.m. (D1-4); crt found excludable delay under 18 U.S.C. Section 3161(h)(8)(B)(iv) (D1-4); cc: USA, A. Dayan, R. |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE A05-0066--CR (RRB)
                         "USA V VICTOR MANUEL ASTORGA ET AL"

                                   For all filing dates

 Document #    Filed      Docket text
 _____    _____      _____

                          Butler, R. Offret, J. Josephson, USM, USPO, JC, MJ Roberts.

   117 -  1    10/25/05   DEF 1 Notice to the crt re: intent to subpoena officer Evans for
                          evidentiary hrg.

   118 -  1    10/25/05   DEF 1 Notice of joinder to DEF 2 motion to accept late filing of mot to
                          suppress statments of Mr. Bojorquez (111-1), DEF 2 motion on shortened
                          time re 111-1. (112-1).

   119 -  1    10/25/05   [Re: DEF 1-2; 4] PLF 1 opposition to motions to suppress based upon
                          timing of search.

   120 -  1    10/26/05   DEF 1 motion (second) motion to suppress all evidence sezied & void
                          search warrant w/att memo.

   120 -  2    10/26/05   DEF 1 Supplement arguments on the matters heard at the 10/26/05
                          evidentiary hrg.

   121 -  1    10/26/05   [Re: DEF 1-4] PLF 1 opposition to DEF 2 motion to suppress fruits of
                          patdown search (102-1), DEF 2 motion to accept late filing of mot to
                          suppress statments of Mr. Bojorquez w/att mot to suppress (111-1) w/att
                          exhs.

   122 -  1    10/27/05   [Re: DEF 1-2; 4] JDR Court Minutes [ECR: Caroline Edmiston] RE:
                          Continued Evidentiary Hearing on Motion to Suppress (DOC #28)(held
                          10/27/05); Mr. Butler's oral motion to witnesses Dorr & Glen not be
                          released from subpoena's Granted; This matter Under Advisement; written
                          ruling to issue; Counsel to file a Notice as to their defendant's and
                          motions to be joined; Defendant's detention continued; orig exhibits
                          retained by counsel; court directed clerk to order expedited transcript
                          of hearing; Continued Evidentiary Hearing on Motion to Suppress (DOC
                          #28) set 11/04/05 at 9:30 a.m. CC: USA, A. Dayan, R. Butler, J.
                          Josephson, R. Offret, USM, USPO, Judge Beistline.

   123 -  1    10/27/05   DEF 4 reply to govt's opposition to motions to suppress based upon
                          timing of search.

   124 -  1    10/28/05   [Re: DEF 1-4] JDR Order re suppression motions and scheduled evidentiary
                          hearings (doc nos. 100, 102, 104, 105, 110, 111, 112, 113, 120);
                          previously granted motion for second supplemental evidentiary hearing
                          (105-1); granting Bojorquez's motion to accept the late filing of motion
                          to suppress fruits of the pat-down search; granting motion to accept
                          late filing of mot to suppress statments of Mr. Bojorquez (111-1); court
                          deems Astorga's second motion to void search warrant & suprress all
                          evidence @ 120-1 to be supplemental arguments on the matters heard at
                          the 10/26/05 evidentiray hearing; motions to suppress (102-1, 110-1)
                          shall go forward; an evidentiary hrg on the matters relating to
                          statements & seizure of money during the pat-down search of the moving
                          defs (Bojorquez & Astorga) has been set for 11/4/05 at 9:30 a.m. crt
                          does not request any further briefing on the motions to suppress prior
                          to the next evident hrg. cc: USA, A. Dayan, R. Butler, R. Offret, J.
                          Josephson

   125 -  1    10/28/05   DEF 2 motion to suppress statments of Mr. Bojorquez w/att aff.

   126 -  1    10/28/05   DEF 3 joinder to DEF 1 motion to suppress seizure of money & statements
                          & to void search warrants (110-1).


 ACRS: R_RDSDX              As of 12/01/05 at 2:55 PM by GARRY                        Page 8
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CRIMINAL DOCKET ENTRIES FOR CASE A05-0066--CR (RRB)
                                "USA V VICTOR MANUEL ASTORGA ET AL"

                                       For all filing dates


 Document #    Filed       Docket text

   127 -  1   10/28/05    DEF 3 joinder to DEF 1 motion (second) motion to suppress all evidence
                          sezied & void search warrant (120-1).

   128 -  1   10/28/05    DEF 1 joinder DEF 4 oppo re: DEF 2 motion to suppress (28-1).

   129 -  1   10/28/05    DEF 2 motion for reconsideration of def's request to challenge his
                          statements to law enforcement authorities after the search warrant.

   130 -  1   10/31/05    DEF 3 motion for reconsideration of def's right to challenge evience
                          obtained from him after illegal patdown search.

   131 -  1   11/01/05    [Re: DEF 1-2; 4] Transcript of Continued Evidentiary Hearing on Motion
                          to Suppress (DOC #28)(held 10/26/05).

   132 -  1   11/01/05    [Re: DEF 2] JDR Minute Order re hrg on def's mot for reconsideration
                          (129-1) set for 11/2/05 at 9:30 a.m. cc: USA, A. Dayan, R. Butler, R.
                          Offret, J. Josephson, USM, USPO

   133 -  1   11/01/05    [Re: DEF 2-3] PLF 1 opposition to DEF 2 motion for reconsideration of
                          def's request to challenge his statements to law enforcement authorities
                          after the search warrant (129-1), DEF 3 motion for reconsideration of
                          def's right to challenge evience obtained from him after illegal patdown
                          search (130-1).

   134 -  1   11/02/05    [Re: DEF 1-4] JDR Minute Order granting motion for reconsideration of
                          def's right to challenge evience obtained from him after illegal
                          pat-down search (130-1); def's motion for joinder in def Astoga's motion
                          to suppress at 110 is granted. cc: USA, A. Dayan, R. Butler, R. Offret,
                          J. Josephson

   135 -  1   11/03/05    DEF 1 Notice of Intent to change plea and request for a COP hearing.

   136 -  1   11/04/05    [Re: DEF 2-4] JDR Court Minutes [ECR: April Karper/Linda Christensen]
                          re: Cont Evidentiary Hrg on Pending Mots to Suppress (held 11/4/05); hrg
                          cont to 11/9/05 at 9:30 am.   cc:  USA, R. BUTLER, R. OFFRET, J.
                          JOSEPHSON, USM, USPO, USDJ BEISTLINE

   137 -  1   11/07/05    [Re: DEF 2] JDR Court Minutes [ECR: April Karper] re Hrg Mot for
                          Reconsideration (DOC #129) (held 11/2/05); granting motion for
                          reconsideration of def's request to challenge his statements to la
                          (129-1); matters to be heard w/prev set evid hrg on 11/4/05 at 9:30 a.m.
                          (DEF 1-4), cont evid hrg set for 11/9/05 at 9:30 a.m. for (DEF 1-4); cc:
                          USA, R. Butler, R. Offret, A. Dayan, J. Josephson, USM, USPO, Judge
                          Beistline.

   138 -  1   11/08/05    [Re: DEF 1] RRB Minute Order a change of plea hearing is set for
                          11/14/05 at 9:00 a.m. in Courtroom #2.  cc: AUSA, A. Dayan, USM, USPO,
                          MJ Roberts

   139 -  1   11/10/05    [Re: DEF 2-4] JDR Court Minutes [ECR: Elisa Singleton/Linda Christensen]
                          re Cont Evidentiary Hrg on Pending Mots to Suppress (held 11/9/05);
                          matters submitted; court to issue written R&R; expedited transcript
                          ordered of 11/9/05 hrg and 11/2/05 hrg on mot for reconsideration; wit &
                          exh lists att. cc:  USA, R. Butler, R. Offret, J. Josephson, Judge
                          Beistline
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE A05-0066--CR (RRB)
                            "USA V VICTOR MANUEL ASTORGA ET AL"

                                   For all filing dates


Document #    Filed      Docket text

  140 -   1   11/10/05   [Re: DEF 2-4] Transcript of Continued Evidentiary Hearing on Pending
                         Motions to Suppress (held 11/4/05).

  141 -   1   11/14/05   {SEALED}

  142 -   1   11/14/05   {SEALED}

  143 -   1   11/14/05   DEF 4 Notice of Intent to change plea.

  144 -   1   11/15/05   DEF 3 Notice of Intent to change plea.

  145 -   1   11/16/05   DEF 2 Notice of Intent to change plea.

  146 -   1   11/17/05   [Re: DEF 2] Transcript of Hearing on Motion for Reconsideration (dkt
                         129) held 11/2/05.

  147 -   1   11/17/05   [Re: DEF 2-4] Transcript of Continued Evidentiary on Pending Motions to
                         Suppress held 11/9/05. (located in expando folder behind case file)

  148 -   1   11/18/05   Initial R&R re: DEF 2 motion to suppress (28-1). Objections due by noon
                         11/23/05. Reply due by noon 11/29/05. Magistrate Judge recommends that
                         the motion be granted in part adn denied in part.  cc: AUSA, A. DAYAN,
                         R. OFFRET, J. JOSEPHSON, R. BUTLER, Judge Beistline

  149 -   1   11/22/05   [Re: DEF 2-4] RRB Minute Order that defs have fld notices of intent to
                         change plea; change of plea hrgs will be scheduled @ the 11/28/05 @ 9:00
                         a.m.; TBJ of 12/5/05 is vacated. cc: USA, R. Butler, R. Offret, J.
                         Josephson, USM, USPO, MJ Roberts, JC

  150 -   1   11/28/05   [Re: DEF 2-4] RRB Court Minutes [ECR: Caroline Edmiston] RE: Final
                         Pretrial Conference (held 11/28/05); PCOP set 12/12/05 at 9:00 a.m. for
                         defendant Bojorquez; PCOP set 12/05/05 at 9:00 a.m. for defendant
                         Cardenas-Aguayo; PCOP set 12/06/05 at 9:30 a.m. for defendant
                         Salazar-Cardenas. CC: USA, USM, USPO, R. Offrett, J. Josephson, R.
                         Butler.
```