**FILED**
DEC 0 9 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deputy

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

USA  v.  BOJORQUEZ

DATE: December 9, 2005     CASE NO. A05-0066 CR (RRB)

THE HONORABLE RALPH R. BEISTLINE  RRB

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**RESCHEDULING TIME FOR HEARING**

---

Due to a criminal trial, the **time** for the change of plea hearing in this matter on **Monday, December 12, 2005,** has been **changed** from 9:00 a.m. to **8:30 a.m.**, in Courtroom 2.

PD T/C notified cnsl 12-9-05

M.O. RESCHEDULING TIME FOR HEARING

159