FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 13 PM 2: 10

TIMOTHY M. BURGESS
United States Attorney

KAREN L. LOEFFLER
JAMES BARKELEY
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
(907) 271-5071

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. A05-066-02 CR (RRB) |
| | ) | |
| Plaintiff, | ) | **REQUEST FOR ENTRY OF** |
| | ) | **PRELIMINARY ORDER OF** |
| v. | ) | **FORFEITURE** |
| | ) | |
| ALEJANDRO DOMINGUEZ BOJORQUEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW the United States of America, by and through counsel, and hereby requests that this Court enter the Preliminary Order of Forfeiture attached to this motion, pursuant to Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure.

DATED this 13th day of December, 2005 in Anchorage, Alaska.

TIMOTHY M. BURGESS
United States Attorney

*/s/ James Barkeley*

JAMES BARKELEY
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that a true and correct copy of the foregoing Request for Entry of Preliminary Order of Forfeiture and proposed Preliminary Order of Forfeiture were sent via U.S. Mail this 15th day of March, 2005, to:

SUE ELLEN TATTER
Office of the Federal Public Defender
550 W. 7th Avenue, Suite 1600
Anchorage, AK 99501

*Katherine Voke*
Office of the United States Attorney