IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ALEJANDRO DOMINGUEZ BOJORQUEZ | ) |
| | ) |
| Defendant. | ) |
| _____ | ) Case Number 3:05-CR-66-RRB |

**NON-OPPOSED** MOTION ON SHORTENED TIME FOR
MOTION TO CONTINUE SENTENCING AND MOTION
TO EXPAND TIME TO FILE OBJECTIONS TO THE PRESENTENCE REPORT

COMES NOW Alejandro Dominguez Bojorquez, by and through his counsel of record, Rex Lamont Butler and Associates, Inc., and hereby requests this Non-Opposed Motion to Continue Sentencing and Motion to Expand Time To File Objections To The Presentence Report be heard on shortened time.

This motion is supported by the attached affidavit of counsel.

DATED this 13th day of February, 2006, at Anchorage, Alaska.

_____
Rex Lamont Butler, Bar # 8310105
REX LAMONT BUTLER AND ASSOCIATES, INC.
Counsel for Alejandro Dominguez Bojorquez

I HEREBY CERTIFY that on the 13th day of February, 2006, a true and accurate copy of the Motion On Shortened Time for the Motion To Continue Sentencing and the Motion To Expand Time To File Objections To The Presentence Report, Affidavit of Support, and Proposed Orders has been hand delivered to:

Karen Loeffler
Assistant United States Attorney
U.S. Attorney's Office
222 W. 7th Avenue, #9 Room 253
Anchorage, AK., 99513-7567

Allen Dayan, Esq.
745 W. 4th Avenue, Ste. 230
Anchorage, AK., 99501
Fax No. 277-7780

Ronald A. Offret, Esq.
733 W. 4th Avenue, Ste. 206
Anchorage, AK., 99501
Fax No. 279-5534

Joseph P. Josephson, Esq.
912 W. 6th Avenue
Anchorage, AK., 99501
Fax No. 276-0155

_____
REX LAMONT BUTLER AND ASSOCIATES, INC.

Motion to Continue
Page 2