IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ALEJANDRO DOMINGUEZ BOJORQUEZ, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) Case Number 3:05-CR-66-RRB |

<u>ORDER GRANTING / DENYING NON-OPPOSED MOTION TO CONTINUE SENTENCING AND MOTION TO EXPAND THE TIME TO FILE OBJECTIONS TO THE PRESENTENCE REPORT ON SHORTENED TIME</u>

Upon consideration of Defendant's Non-Opposed Motion to Continue Sentencing and Motion To Expand The Time To File Objections To The Presentence Report, IT IS HEREBY ORDERED that the aforementioned Motion to be heard on Shortened Time is GRANTED / DENIED.

DATED on this ___ day of February, 2006.

_____
United States District Judge

Order on Shortened Time
Page 1