IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
UNITED STATES OF AMERICA,        )
                                 )
            Plaintiff,           )
                                 )
vs.                              )
                                 )
ALEJANDRO DOMINGUEZ BOJORQUEZ,   )
                                 )
            Defendant.           )
_____)  Case Number 3:05-CR-66-RRB
```

### AFFIDAVIT OF REX LAMONT BUTLER

```
STATE OF ALASKA              )
                             )
THIRD JUDICIAL DISTRICT      )
```

REX LAMONT BUTLER, being first duly sworn upon oath, deposes and states as follows:

1.  that I am the attorney of record for the defendant in this case, Alejandro Dominguez Bojorquez;

2.  that I am requesting this non-opposed motion be heard on shortened time;

3.  that February 13, 2006, is the current deadline for the defense to file their objections to the presentence report;

4.  that I am asking for a thirty day continuance in which to file those objections;

5.  that I am also asking for a continuance of at least thirty days in the sentencing, which is currently scheduled for

Affidavit of Counsel
Page 1

March 10, 2006;

    6.   that I anticipate traveling to Washington State to consult with my client;

    7.   that I was in a murder trial in <u>SOA v Cynthia Estes</u>, case number 3PA-04-2796 CR., before Judge Eric Smith in Palmer, from January 17, 2006, through February 3, 2006;

    8.   that this trial lasted three weeks and I did not receive the verdict until Friday, February 3 2006, in Palmer, Alaska;

    9.   that it is important that these issues be addressed prior to sentencing so as to avoid claims of ineffective assistance of counsel;

    10.   that I would request the court consider these issues and reschedule the sentencing far enough out to allow me time to travel out of state and consult with my client;

    11.   that my office spoke with Monica, Assistant U.S. Attorney Karen Loeffler's paralegal on February 8, 2006, and she gave us Ms. Loeffler's non-opposition to this motion;

    12.   that my office experienced technical difficulties with the electronic filing of this motion on Friday, February, 10, 2006, and

    13.   that I believe if this sentencing is continued it will not prejudice the government's case.

Affidavit of Counsel
Page 2

Further your affiant saith naught.

DATED at Anchorage, Alaska, on this 13th day of February, 2006.

                                                  _____
                                                  Rex Lamont Butler, ABN #8310105

SUBSCRIBED AND SWORN to before me on this 13th day of February, 2006.

                                                  Lisa Ayers
                                                  Notary Public in and for Alaska
                                                  My commission expires: 6/21/2007