IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )
                               )
vs.                            )
                               )
ALEJANDRO DOMINGUEZ BOJORQUEZ, )
                               )
            Defendant.         )
_____) Case Number 3:05-cr-00066-RRB-ALL
```

<u>ORDER GRANTING / DENYING NON-OPPOSED MOTION TO EXPAND THE TIME TO FILE OBJECTIONS TO THE PRESENTENCE REPORT TO BE HEARD ON SHORTENED TIME</u>

Upon consideration of Defendant's Motion on Shortened Time to consider Motion To Expand The Time To File Objections To The Presentence Report, IT IS HEREBY ORDERED that the aforementioned Motions on Shortened Time are GRANTED / DENIED.  It is further ordered the objections to the Presentence Report are now due on the ___ day of _____, 2006.

DATED on this ___ day of February, 2006.

                                      _____
                                      United States District Judge

Order to Continue Objections Deadline
Page 1