IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ALEJANDRO DOMINGUEZ BOJORQUEZ | ) |
| | ) |
| Defendant. | ) |
| _____ | ) Case Number 3:05-cr-00066-RRB-ALL |

**NON-OPPOSED** MOTION ON SHORTENED TIME FOR
MOTION TO CONTINUE SENTENCING

    COMES NOW Alejandro Dominguez Bojorquez, by and through his counsel of record, Rex Lamont Butler and Associates, Inc., and hereby requests this Non-Opposed Motion to Continue Sentencing on shortened time.

    This motion is supported by the attached affidavit of counsel.

    DATED this 13th day of February, 2006, at Anchorage, Alaska.

                                  S/Rex Lamont Butler
                                  745 W. 4th Avenue, Ste. 300
                                  Anchorage, AK., 99501
                                  (907) 272-1497
                                  (907) 276-3306
                                  lawoffices@gci.net
                                  ABN: 8310105

I HEREBY CERTIFY that on the 13th day of February, 2006, a true and accurate copy of the Motion On Shortened Time for the Motion To Continue Sentencing and the Proposed Order has been electronically delivered to:

Karen Loeffler
Assistant United States Attorney
U.S. Attorney's Office
222 W. 7th Avenue, #9 Room 253
Anchorage, AK., 99513-7567

Allen Dayan, Esq.
745 W. 4th Avenue, Ste. 230
Anchorage, AK., 99501
Fax No. 277-7780

Ronald A. Offret, Esq.
733 W. 4th Avenue, Ste. 206
Anchorage, AK., 99501
Fax No. 279-5534

Joseph P. Josephson, Esq.
912 W. 6th Avenue
Anchorage, AK., 99501
Fax No. 276-0155


S/Rex Lamont Butler

Motion to Continue
Page 2