IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ALEJANDRO DOMINGUEZ BOJORQUEZ,) | |
| ) | |
| Defendant. ) | |
| _____) | Case Number 3:05-cr-00066-RRB-ALL |

### ORDER GRANTING / DENYING NON-OPPOSED MOTION TO CONTINUE SENTENCING TO BE HEARD ON SHORTENED TIME

Upon consideration of Defendant's Motion on Shortened Time to consider Motion To Continue Sentencing, IT IS HEREBY ORDERED that the aforementioned Motions on Shortened Time are GRANTED / DENIED.  It is further ordered the current sentencing date of March 10, 2006, at 9:00 a.m. is hereby vacated.  The new sentencing date and time is _____, 2006, at _____.

DATED on this ___ day of February, 2006.

_____
United States District Judge

Order Granting Sentencing Continuance
Page 1