```
              UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF ALASKA


                    USA   v.   BOJORQUEZ

DATE:   May 10, 2006    CASE NO.   3:05-CR-0066-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:  MINUTE ORDER FROM CHAMBERS
              RESCHEDULING SENTENCING
```

---

Defendant's Motion to Continue Sentencing is hereby **GRANTED.** The sentencing presently scheduled for May 15, 2006, is **rescheduled** and will be held on **Thursday, June 29, 2006, at 10:30 a.m.**, in Courtroom 2 in Anchorage, Alaska.

M.O. RESCHEDULING SENTENCING