UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


  USA   v.   ALEJANDRO DOMINGUEZ BOJORQUEZ  

DATE:   June 26, 2006   CASE NO.   3:05-CR-0066-RRB  

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
                  **RESCHEDULING SENTENCING**

---

      Pursuant to Defendant's Non-Opposed Motion on Shortened Time to Continue Sentencing, the sentencing in this matter is **rescheduled** and will be held on **Friday, July 7, 2006, at 2:00 p.m.**, in Courtroom 2 in Anchorage, Alaska.

M.O. RESCHEDULING SENTENCING