UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

  USA   v.   BOJORQUEZ  

DATE:   July 3, 2006     CASE NO.    3:05-CR-0066-RRB  

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**RE MOTION TO CONTINUE SENTENCING**

---

Defendant filed a Motion on Shortened Time to Continue Sentencing (Docket 217) ex parte. As Defendant's motion was not electronically served on Plaintiff and no other proof of service has been filed, it is unclear if the Government received Defendant's motion. Therefore, if not previously done, Defendant shall serve a copy of the Motion to Continue Sentencing on Plaintiff today, July 3, 2006. Plaintiff has until **noon** on **Thursday, July 6, 2006**, to file any opposition to Defendant's motion. The Court will then rule on Defendant's fourth Motion to Continue Sentencing.

M.O. RE MOTION TO CONTINUE SENTENCING