UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

USA   v.   BOJORQUEZ

DATE:   July 6, 2006     CASE NO.   3:05-CR-0066-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**RE SENTENCING**

---

Due to Defendant's request for a continuance, the sentencing scheduled on **Friday, July 7, 2006**, at **2:00 p.m.**, will be utilized as a **rescheduling hearing**. Mr. Butler may attend telephonically by calling Meet-Me-Bridge "A" at 907-677-6246.

M.O. RE SENTENCING