UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


  USA   v.   BOJORQUEZ  

DATE:   July 12, 2006     CASE NO.   3:05-CR-0066-RRB  

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**RESCHEDULING SENTENCING**

---

Due to the fact that Defendant will be unavailable on July 18 for sentencing, the sentencing hearing is **RESCHEDULED** and will be held on **Thursday, July 20, 2006, at 10:00 a.m.**, in Courtroom 2 in Anchorage, Alaska.

M.O. RESCHEDULING SENTENCING