UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


 USA  v.  BOJORQUEZ 

DATE:   July 19, 2006    CASE NO.   3:05-CR-0066-RRB 

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**RESCHEDULING SENTENCING**

---

Due to the continued unavailability of Defendant, the sentencing scheduled in this matter for July 20, 2006, is **RESCHEDULED** and will be now be held on **Thursday, July 27, 2006,** at **10:00 a.m.**, in Courtroom 2 in Anchorage, Alaska.