# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

 USA  v.  BOJORQUEZ 

DATE:   July 20, 2006   CASE NO.   3:05-CR-0066-RRB 

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
                **RESCHEDULING SENTENCING**

---

Due to the unavailability of defense counsel, the sentencing scheduled for July 27, 2006, is **RESCHEDULED** and will be held on **Tuesday, August 8, 2006, at 10:30 a.m.**, in Courtroom 2 in Anchorage, Alaska.