UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

 USA  v.  BOJORQUEZ 

DATE:  August 3, 2006         CASE NO.   3:05-CR-0066-RRB 

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:    **MINUTE ORDER FROM CHAMBERS**
**CHANGING TIME FOR SENTENCING**

---

The **time** for the sentencing in this matter on **Tuesday, August 8, 2006,** is **changed** from 10:30 a.m. to **1:30 p.m.**, in Courtroom 2 in Anchorage, Alaska.

M.O. CHANGING TIME FOR SENTENCING