UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


USA  v.  BOJORQUEZ

DATE:   August 3, 2006          CASE NO.   3:05-CR-0066-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
               **SENTENCING TIME**

---

As this matter involves an interpreter, the Minute Order at Docket 231 is vacated and the sentencing will remain set for **Tuesday, August 8, 2006, at 10:30 a.m.**, in Courtroom 2 in Anchorage, Alaska.