DEBORAH M. SMITH
Acting United States Attorney

KAREN L. LOEFFLER
JAMES BARKELEY
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:05-cr-066-RRB |
| | ) | |
| Plaintiff, | ) | **MOTION FOR FINAL** |
| | ) | **DECREE OF FORFEITURE** |
| v. | ) | |
| | ) | |
| VICTOR MANUEL ASTORGA, | ) | |
| ALEJANDRO DOMINGUEZ BOJORQUEZ, | ) | |
| JUAN JOSE CARDENAS-AGUAYO, and | ) | |
| OMAR SALAZAR-CARDENAS, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

   Plaintiff United States of America, by and through counsel, hereby moves this Court

for a Final Decree of Forfeiture in the above-captioned case.  This motion is supported by

the attached Declaration of Counsel.

    DATED this 14th day of August, 2006 in Anchorage, Alaska.

                          DEBORAH M. SMITH
                          Acting United States Attorney

                          s/James Barkeley
                          JAMES BARKELEY
                          Assistant U.S. Attorney
                          Federal Building & U.S. Courthouse
                          222 W. 7th Avenue, #9, Room 253
                          Anchorage, AK 99513-7567
                          Phone: (907) 271-3699
                          Fax: (907) 271-1500
                          Email: jim.barkeley@usdoj.gov
                          Alaska Bar No. 8306019

**CERTIFICATE OF SERVICE**

I declare that a true and correct copy of the foregoing
MOTION FOR FINAL DECREE OF FORFEITURE,
DECLARATION OF COUNSEL, and proposed FINAL
DECREE OF FORFEITURE were sent electronically
this 14th day of August, 2006, to:

ALLEN N. DAYAN  (for defendant Victor Manuel Astorga)
Allen N. Dayan & Associates
745 W. 4th Avenue, Suite 230
Anchorage, AK 99501

REX LAMONT BUTLER  (for defendant Alejandro Dominquez Bojorquez)
Rex Lamont Butler & Associates, Inc.
745 W. 4th Avenue, Suite 300
Anchorage, AK 99501

RONALD A. OFFRET  (for defendant Juan Jose Cardenas-Aguayo)
Aglietti, Offret & Woofter
733 W. 4th Avenue, Suite 206
Anchorage, AK 99501

JOE P. JOSEPHSON  (for defendant Omar Salazar-Cardenas)
Josephson & Associates, P.C.
912 W. 6th Avenue
Anchorage, AK 99501

s/James Barkeley